```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 18311
    LAURENZO DEVOE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4787


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/10/2004 and was confirmed 07/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.16% from remaining funds.

     The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         4358.92            .00          940.38
AMERICAN GENERAL FINANCE  SECURED           1658.00         149.28         1658.00
AMERICAN GENERAL FINANCE  UNSECURED           84.52            .00           18.24
DAVID T COHEN & ASSOC     NOTICE ONLY    NOT FILED             .00             .00
GE CAPITAL CONSUMER FINA  SECURED           2500.00         233.94         2500.00
MIDLAND FEDERAL S & L     CURRENT MORTG       .00              .00             .00
MIDLAND FEDERAL S & L     MORTGAGE ARRE   11349.58             .00        11349.58
SST                       SECURED           2500.00         225.16         2500.00
TCF NATIONAL BANK         CURRENT MORTG       .00              .00             .00
TCF NATIONAL BANK         MORTGAGE ARRE    2500.00             .00         2500.00
TCF BANK                  NOTICE ONLY    NOT FILED             .00             .00
WFS FINANCIAL             SECURED            911.51          82.39          911.51
BENEFICIAL                UNSECURED      NOT FILED             .00             .00
CAPITAL ONE BANK          FILED LATE         695.54            .00             .00
CAPITAL ONE BANK          FILED LATE         600.86            .00             .00
RESURGENT ACQUISITION LL  UNSECURED          338.56            .00           73.04
RESURGENT ACQUISITION LL  UNSECURED         9098.88            .00         1962.97
ECAST SETTLEMENT CORP     UNSECURED          904.54            .00          195.14
JC PENNEY                 UNSECURED      NOT FILED             .00             .00
MENARDS                   UNSECURED      NOT FILED             .00             .00
PROVIDENT BANK            UNSECURED      NOT FILED             .00             .00
RESURGENT ACQUISITION LL  UNSECURED          466.81            .00          100.70
SHELL CREDIT CARD         UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED          777.45            .00          167.72
NATIONAL CAPITAL MGMT LL  SECURED NOT I    2059.34            .00             .00
RESURGENT ACQUISITION LL  UNSECURED          874.87            .00          188.74
DISCOVER                  UNSECURED      NOT FILED             .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                         1,428.25
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 18311 LAURENZO DEVOE
```

```
--------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    27,185.04

PRIORITY                                                  .00
SECURED                                             21,419.09
    INTEREST                                           690.77
UNSECURED                                            3,646.93
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                 1,428.25
DEBTOR REFUND                                             .00
                           ---------------      ---------------
TOTALS                     27,185.04                27,185.04
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                        PAGE   2
          CASE NO. 04 B 18311 LAURENZO DEVOE